THE STATE BANK OF PARISH, Appellant, v. ANNIE ROGERS HEALY and Others, Respondents.— Judgment affirmed, with costs. All concur.

FRANK DONOVAN, Appellant, v. EVELYN FITCH DONOVAN, by CHARLES F. CUMMINGS, Her Guardian ad Litem, Respondent.—Appeal dismissed, without costs, on the ground as stated by the counsel for the appellant in open court, that the appeal was taken after the defendant became of age and no notice of appeal was served otherwise than upon the county clerk and upon her previously acting guardian ad litem. The practice to be followed is indicated in Campbell v. Bowne (5 Paige Ch. 34). We have also examined the record and while we do not agree with all the statements in the opinion of the learned official referee, we think that the proof at the hearing, of which the guardian ad litem does not appear to have had notice, was such that the referee would have been justified in declining to grant judgment to the plaintiff. All concur. [147 Misc. 134.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHESTER BACHORSKI, Appellant.— Judgment of conviction reversed on the law and facts and a new trial granted on the ground that the People failed to prove the defendant's guilt beyond a reasonable doubt. All concur.

CHARLES W. STUART, Respondent, v. THE VILLAGE OF SKANEATELES, Appellant. — Judgment reversed on the law, with costs, and complaint dismissed, with costs, on the authority of Lichtenstein v. Mayor (159 N. Y. 500). All concur.

ADDISON SHERWOOD, Appellant, v. CENTRAL CITY COLD STORAGE COMPANY, INCORPORATED, Respondent.— Judgment affirmed, with costs. All concur.

WALTER R. ALLPORT, Respondent, v. LLOYD E. SCHRACK, Appellant.— Judgment affirmed, with costs. All concur.

MAURICE MERCER, Respondent, v. RAYMOND M. BOEHME, Appellant.— Judgment and order affirmed, with costs. All concur.

RICHARD S. MOORE, an Infant, by RICHARD E. MOORE, His Guardian ad Litem, Respondent, v. RAYMOND M. BOEHME, Appellant.— Judgment and order affirmed, with costs. All concur.

MARY MULVANEY, Respondent, v. HAROLD L. CHURCHILL, Appellant.— Judgment and order affirmed, with costs. All concur.

SOPHIE LACHCIK, as Administratrix, etc., of ALBERT LACHCIK, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Order modified by striking out provision for inclusion of clerk's minutes of trial in the bill of exceptions and as modified affirmed, without costs on this appeal. All concur.

In the Matter of the Application of THERON E. BASTIAN and Others, Constituting the Monroe County Park Commission, Appellants, to Acquire Title to Lands of HIRAM W. WRIGHT and Others, Respondents.— Order so far as appealed from reversed on the facts and matter remitted to the County Court to take oral proofs as to the respondents' expenses and damages to be imposed as terms, with ten dollars costs and disbursements. All concur.